# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP MED LLC, et al., | Case No. CV 16-4965 FMO (AFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al., | |
| Defendants. | |

Pursuant to the Ninth Circuit's Order of October 10, 2017, IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**.

Dated this 17th day of October, 2017.

/s/
Fernando M. Olguin
United States District Judge